# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**JOSHUA LOFTIN**                                                                                 **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO.: 2:20-CV-00062-KS-MTP**

**THE CITY OF PRENTISS,**
**MISSISSIPPI, ET AL.**                                                            **DEFENDANTS**

## STIPULATION REGARDING DEFENDANTS' FEE REQUEST [DOC. 103 ]

THE PARTIES to this case stipulate and agree as follows:

1. The Court entered an Order [Doc. 100] on July 7, 2021 granting the Defendants' Motion for Attorney's Fees. [Doc. 91].

2. The Plaintiff has appealed this Order [Doc. 101].

3. Pursuant to the Order granting the Defendants' Motion for Attorney's Fees, the Defendants filed a Notice of Fee Request [Doc. 103] seeking an award of attorney's fees in the amount of $85,139.37.

4. In an effort to save additional costs related to motion practice, the Parties hereby agree and stipulate that the amount of the attorney fee award should be $79,798.69.

5. The Parties further agree that this Stipulation does not prejudice the right of the Plaintiff to seek appellate review of the Order [Doc. 100] on appeal.

6. The Parties further agree that the purpose of this Stipulation is to memorialize Defendants' fee award through September 2, 2021 and that nothing about this Stipulation shall impact Defendants' ability to be awarded additional fees and costs moving forward.

                       SO STIPULATED and AGREED, this the 2nd day of September, 2021.

s/ G. Todd Butler
G. Todd Butler, MS Bar #102907
*Attorney for Defendants*

s/ S. Ray Hill, III
S. Ray Hill, III, MSB #100088
*Attorney for Plaintiff*