IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**JOSHUA LOFTIN**                                                                            **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 2:20-CV-00062-KS-MTP**

**THE CITY OF PRENTISS,**
**MISSISSIPPI, ET AL.**                                                      **DEFENDANTS**

**ORDER GRANTING DEFENDANTS' FEE REQUEST [DOC. 103 ]**

Pursuant to the Stipulation filed by the parties in this case [Doc. 105], the Court hereby grants the Defendants' Fee Request and awards Defendants $79,798.69 in attorney's fees against the Plaintiff, Joshua Loftin, through September 2, 2021.

SO ORDERED, this the 2nd day of September, 2021.

                    /s/     Keith Starrett
          UNITED STATES DISTRICT JUDGE