# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**JOSHUA LOFTIN**                                                           **PLAINTIFF**

**VS.**                                        **CIVIL ACTION NO.: 2:20-CV-00062-KS-MTP**

**THE CITY OF PRENTISS, MISSISSIPPI, ET AL.**                **DEFENDANTS**

### NOTICE OF SERVICE OF DEFENDANTS' FIRST SET OF
### <u>INTERROGATORIES TO JUDGMENT DEBTOR JOSHUA LOFTIN</u>

**TO:**     **All Counsel of Record**

Pursuant to L.U.Civ.R. 5(d)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

   **✔**    Interrogatories to:                         Judgment Debtor Joshua Loftin

\_\_\_\_\_ Requests for Production of

\_\_\_\_\_ Requests for Admissions to:

\_\_\_\_\_ Responses to Interrogatories of:

\_\_\_\_\_ Responses to Requests for Production of Documents of:

\_\_\_\_\_ Responses to Requests for Admissions of:

Pursuant to L.U.Civ.R. 5(d)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

| | |
|---|---|
| October 4, 2021 | /s/ *G. Todd Butler* |
| Date | Signature |

G. TODD BUTLER
Typed Name & Bar Number

Attorney For: Judgment Creditor Defendants, the City of Prentiss, Mississippi, Joseph Bullock and Stephen Jones

PHELPS DUNBAR LLP
4270 I-55 North
Jackson, Mississippi 39211-6391
P. O. Box 16114
Jackson, Mississippi 39236-6114
Telephone: (601) 352-2300
Telecopier: (601) 360-9777
Email: todd.butler@phelps.com

# CERTIFICATE OF SERVICE

I, G. TODD BUTLER, do hereby certify that on October 4, 2021, I electronically filed the above and foregoing *NOTICE OF SERVICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

Sidney R. Hill, III
CLAYTON ODONNELL, PLLC
P. O. Drawer 676
Oxford, MS  38655
Telephone:  (662) 234-0900
Facsimile:  (662) 234-3557
Email:  rhill@claytonodonnell.com

***ATTORNEY FOR JUDGMENT DEBTOR***

        */s/ G. Todd Butler*
        G. TODD BUTLER